No. 04-00-00800-CV



ARGUS RESOURCES, INC. and WILCOX OPERATING COMPANY,


Appellants



v.



IBC PETROLEUM, INC. and WHITEHORSE TRADING AND

FINANCING COMPANY, INC.,

Appellees



From the 166th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CI-07851


Honorable Fred Shannon, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Catherine Stone, Justice

 Paul W. Green, Justice

 

Delivered and Filed: October 3, 2001


APPEAL DISMISSED

 

 After mediation, the parties have filed a joint motion to dismiss this appeal, stating that they
have fully compromised and settled all issues in dispute. We grant the motion. See Tex. R. App. P.
42.1(a)(1). Costs of appeal are taxed against the parties who incurred them.


 PER CURIAM 

DO NOT PUBLISH